UNITED STATES DISTRICT COURT  **JS-6 / REMAND**
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 20-2703-DMG (PJWx)** | Date | May 6, 2020 |
|---|---|---|---|
| Title | *Adam Friedman, et al. v. FCA US, LLC, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER REMANDING ACTION TO LOS ANGELES COUNTY SUPERIOR COURT**

   Defendant FCA US, LLC removed this action to this Court on March 23, 2020. Notice of Removal [Doc. # 1]. Plaintiffs Adam Friedman and Lisa Damato filed a Motion to Remand ("MTR") this action to Los Angeles County Superior Court on April 24, 2020. MTR [Doc. # 14.] On May 5, 2020, Defendant filed a notice of non-opposition to the MTR. [Doc. # 18.] Given that there is no dispute that this case should proceed in state court, the Court hereby directs the Clerk of Court to **REMAND** this action to Los Angeles County Superior Court. All scheduled dates and deadlines are VACATED/

**IT IS SO ORDERED.**